

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2021

No. 04-20-00126-CV

Gabriel **CANTU**,
Appellant

v.

**C & W RANCHES, LTD**.,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 180361CVA
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

Appellee's motion for extension of time to file its motion for rehearing is GRANTED. Appellee's motion for rehearing is due May 27, 2021.

It is so **ORDERED** on May 13, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court